Slip Op. 03-132

# ORIGINAL

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE NICHOLAS TSOUCALAS, SENIOR JUDGE

|  |  |
|---|---|
| FORMER EMPLOYEES OF UNITED CONTAINER MACHINERY, INC., )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>)<br>Defendant. ) | Court No. 03-00346 |

## ORDER

Upon consideration of defendant's consent motion for voluntary remand, it is hereby

ORDERED that defendant's motion is granted; and it is further

ORDERED that this action is remanded to the United States Department of Labor to conduct a further investigation and to make a determination as to whether the former employees of United Container Machinery, Inc., are eligible for certification for worker adjustment assistance benefits; and it is further

ORDERED that the remand results shall be filed no later than 90 days after the date of this order; and it is further

ORDERED that the plaintiffs shall file papers with the Court indicating whether they are satisfied or dissatisfied with

the remand results no later than 30 days after the remand results

are filed with the Court

_____
SENIOR JUDGE

Dated: _October 14th_____, 2003
New York, N.Y.